

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-19-00527-CR

Elizabeth Anne **HERBST**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10291W
Honorable Stephanie R. Boyd, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Appellant's pro se motion for leave to file a late notice of appeal is also DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on September 18, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2019.

_____
Keith E. Hottle, Clerk of Court